UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERRY ERVIN GARRETT,**

      **Plaintiff,**

v.                                                                                 **Case No: 6:16-cv-1516-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 22), which recommends that the motion be granted in part and that Plaintiff be awarded $2,754.41 in attorney's fees.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21) is **GRANTED in part**.

3. Plaintiff is awarded $2,754.41 in attorney's fees. In all other respects, the motion is denied.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record