UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERRY ERVIN GARRETT,**

    **Plaintiff,**

**v.**                                                             **Case No: 6:16-cv-1516-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                        /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 26). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 31), in which he recommends granting the motion.

After a *de novo* review of the record and noting that the parties filed a Joint Notice of No Objection to the Report and Recommendation (Doc. 32), the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 26) is **GRANTED**.

3. The Court approves an award of attorney's fees in the amount of $1,999.50.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2019.



Copies furnished to:

Counsel of Record